Order issued September 19 , 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00586-CR

TIMOTHY MANIMOI, Appellant

V.

THE STATE OF TEXAS, Appellee

## ORDER

The Court **REINSTATES** this appeal.

On August 3, 2012, we ordered the trial court to make findings regarding why the reporter's record had not been filed. On August 20, 2012, we received an extension request from court reporter Sharon Hazlewood and on September 17, 2012, we received the reporter's record. Therefore, we **VACATE** the August 3, 2012 order requiring findings.

We **GRANT** the August 20, 2012 extension request. The reporter's record is considered properly filed.

Appellant's brief is due within thirty days of the date of this order.

DAVID L. BRIDGES
JUSTICE